**Electronically Filed
Supreme Court
SCPW-22-0000022
04-FEB-2022
08:24 AM
Dkt. 5 ODDP**

SCPW-22-0000022

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

RICHARD RAPOZO, Petitioner

vs.

STATE OF HAWAIʻI, Respondent.

ORIGINAL PROCEEDING

ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Upon consideration of petitioner Richard Rapozo's petition for writ of habeas corpus, filed on January 24, 2022, petitioner has alternative means to seek relief and presents no special reason for invoking the supreme court's original jurisdiction. See Oili v. Chang, 57 Haw. 511, 512, 557 P.2d 787, 788 (1976). Therefore,

It is ordered that the petition for writ of habeas corpus is denied.

It is further ordered that the clerk of the appellate court shall process the petition for writ of habeas corpus without payment of the filing fee.

DATED: Honolulu, Hawaiʻi, February 4, 2022.

/s/ Mark E. Recktenwald
/s/ Paula A. Nakayama
/s/ Sabrina S. McKenna
/s/ Michael D. Wilson
/s/ Todd W. Eddins

